## The People ex. rel. Chauncey W. Gibson v. The Clerk of the Circuit Court for Bay County.

*Judgment. When execution may issue.* Where judgment is rendered at or near the close of a term of court, so that there is no time during the same term to move for a new trial or in arrest of judgment, and no such motion is made, the prevailing party is not required to wait until the following term for his execution to issue, but may have it immediately.

*Submitted April 3d.     Decided April 10th.*

Petition for mandamus.

*Isaac Marston*, for relator.

BY THE COURT.

The petition sets forth that the relator obtained a judgment against John F. Charboneau in the Circuit Court for Bay County on the last day of the January term, 1866; that no motion was made for a new trial, or in arrest of judgment; and that he applied to the clerk of the Court thereafter for an execution upon said judgment, which was refused. The facts were admitted. Where judgment is rendered at or near the close of a term of court, so that there is no time during the same term to move for a new trial, or in arrest of judgment, and no such motion is made, the prevailing party is not

required to wait until the following term for his execution to issue, but may have it at once.

*Mandamus granted.*